IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                      2:12-cr-24

The Scotts Miracle-Gro
Company

### ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 11) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 through 11 of the information, and the defendant is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 13, 2012                    s\James L. Graham
                                          James L. Graham
                                          United States District Judge